UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMEL KING,

                    Petitioner,

  -against-

DALE ARTUS, Superintendent,

                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-3130 (SLT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 13 2010
P.M.
TIME A.M.

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on January 8, 2010, denying the petition for a writ of habeas corpus; and declining to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c)(2); it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that the Court declines to issue a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c)(2).

Dated: Brooklyn, New York
       January 11, 2010

                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court

